UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601
Telephone: (201) 705-1470

**Order Filed on September 15, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

JASIMEN DEQUAN JAMISON,

Debtor.

Case No.: 26-15406

Chapter: 13

Hearing Date: September 15, 2026

Judge: Altenburg

**ORDER GRANTING MOTION FOR RELIEF FROM THE STAY**

The relief set forth on the following page is **ORDERED**.

**DATED: September 15, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

111 Wayne Road, Unit 411, Bridgeton, NJ 08302
(also known as 411 Glen Park, Bridgeton, NJ 08302)

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.